R. Ernest Montanari, Esq. (SBN 152209)
MUSACCHIO & MONTANARI, P.C.
1280 Civic Drive, Suite 200
Walnut Creek, California 94596
Telephone:     (925) 465-3950
Facsimile:     (925) 465-3951
Email:         emontanari@mmlawpc.com

Attorneys for Plaintiff, DEBRA MASON

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA MASON<br><br>              Plaintiff,<br><br>    vs.<br><br>AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND and DOES 1 through 99, inclusive,<br><br>              Defendants. | Case No.: CV 12-02727 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:    August 29, 2012<br>TIME:     2:00 p.m.<br>DEPT.:   Courtroom E (15th Floor)<br>              U.S. District Court<br>              450 Golden Gate Ave<br>              San Francisco, California<br><br>*United States Magistrate Judge*<br>*Elizabeth D. Laporte* |

///

///

///

///

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  WHEREAS, an initial Case Management Conference ("CMC") is currently scheduled for August 29, 2012 at 2:00 p.m. in Courtroom E, of the U.S. District Court, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

WHEREAS, on August 10, 2012 the Defendants, Ambrose Recreation and Park District, Tarry Smith, Mae Cendana, Judy Dawson, Eva Garcia and Steve Hoagland filed a Motion to Dismiss (Federal Rules of Civil Procedure Rule 12(b)(6) and a hearing date is currently set for September 25, 2012.

WHEREAS, it has been stipulated by and between the parties through their respective counsel, to respectfully request a continuance of the CMC, with the Court's permission, so that the parties may receive a ruling on the Motion to Dismiss before providing a CMC Statement and before attending the CMC.

WHEREAS, the parties request the August 29, 2012 CMC be rescheduled to a date after the Motion to Dismiss hearing set for September 25, 2012.

IT IS HEREBY STIPULATED:

Dated: August 13, 2012                    MUSACCHIO & MONTANARI, P.C.

                                          By: _____
                                          R. Ernest Montanari, Esq.
                                          Attorneys for Plaintiff, DEBRA MASON

Dated: August 13, 2012                    ANGELO, KILDAY & KILDUFF

                                          By: _____
                                          Serena M. Sanders, Esq.
                                          Attorneys for Defendants, AMBROSE
                                          RECREATION AND PARK
                                          DISTRICT, TARRY SMITH, MAE
                                          CENDANA, JUDY DAWSON, EVA
                                          GARCIA, STEVE HOAGLAND

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the CMC currently set for August 29, 2012 be continued to  October 9 , 2012. at 10:00 a.m. A joint case management statement shall be filed no later than October 2, 2012.

Dated: August 15 , 2012

By: *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER