```
1  R. Ernest Montanari, Esq. (SBN 152209)
   MUSACCHIO & MONTANARI, P.C.
2  1280 Civic Drive, Suite 200
3  Walnut Creek, California 94596
   Telephone:    (925) 465-3950
4  Facsimile:    (925) 465-3951
   Email:        emontanari@mmlawpc.com
5
6  Attorneys for Plaintiff, DEBRA MASON
```

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA MASON<br><br>            Plaintiff,<br><br>   vs.<br><br>AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND and DOES 1 through 99, inclusive,<br><br>            Defendants. | Case No.: CV 12-02727 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>DATE:   August 29, 2012<br>TIME:    2:00 p.m.<br>DEPT.:  Courtroom E (15th Floor)<br>            U.S. District Court<br>            450 Golden Gate Ave<br>            San Francisco, California<br><br>*United States Magistrate Judge*<br>*Elizabeth D. Laporte* |

///

///

///

///

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  WHEREAS, an initial Case Management Conference ("CMC") is currently scheduled for
2  August 29, 2012 at 2:00 p.m. in Courtroom E, of the U.S. District Court, located at 450 Golden Gate
3  Avenue, 15th Floor, San Francisco, California.
4  WHEREAS, on August 10, 2012 the Defendants, Ambrose Recreation and Park District, Tarry
5  Smith, Mae Cendana, Judy Dawson, Eva Garcia and Steve Hoagland filed a Motion to Dismiss
6  (Federal Rules of Civil Procedure Rule 12(b)(6) and a hearing date is currently set for September 25,
7  2012.
8  WHEREAS, it has been stipulated by and between the parties through their respective counsel,
9  to respectfully request a continuance of the CMC, with the Court's permission, so that the parties may
10 receive a ruling on the Motion to Dismiss before providing a CMC Statement and before attending the
11 CMC.
12 WHEREAS, the parties request the August 29, 2012 CMC be rescheduled to a date after the
13 Motion to Dismiss hearing set for September 25, 2012.
14 IT IS HEREBY STIPULATED:
15 Dated: August 13, 2012                MUSACCHIO & MONTANARI, P.C.
16
17                                       By: _____
18                                       R. Ernest Montanari, Esq.
19                                       Attorneys for Plaintiff, DEBRA MASON
20
21 Dated: August 13, 2012                ANGELO, KILDAY & KILDUFF
22
23                                       By: _____
24                                       Serena M. Sanders, Esq.
25                                       Attorneys for Defendants, AMBROSE
                                         RECREATION AND PARK
26                                       DISTRICT, TARRY SMITH, MAE
                                         CENDANA, JUDY DAWSON, EVA
27                                       GARCIA, STEVE HOAGLAND
28

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1 | **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED that the CMC currently set for August

3 29, 2012 be continued to ___October 9___, 2012. at 10:00 a.m. A joint case management statement

4 shall be filed no later than October 2, 2012.

5

6 Dated: ___August 15___, 2012

7 *[signature: Elizabeth D. Laporte]*
ELIZABETH D. LAPORTE
8 United States Magistrate Judge

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER