R. Ernest Montanari, Esq. (SBN 152209)
MUSACCHIO & MONTANARI, P.C.
1280 Civic Drive, Suite 200
Walnut Creek, California 94596
Telephone:     (925) 465-3950
Facsimile:     (925) 465-3951
Email:         emontanari@mmlawpc.com

Attorneys for Plaintiff, DEBRA MASON

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA MASON<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND and DOES 1 through 99, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 12-02727 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>DATE:　October 16, 2012<br>TIME:　11:00 a.m.<br>DEPT.:　Courtroom E (15th Floor)<br>　　　　U.S. District Court<br>　　　　450 Golden Gate Ave<br>　　　　San Francisco, California<br><br>*United States Magistrate Judge*<br>*Elizabeth D. Laporte* |

　　　　WHEREAS, a continued Case Management Conference ("CMC") is currently scheduled for October 16, 2012 at 11:00 a.m. in Courtroom E, of the U.S. District Court, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1  WHEREAS, on August 10, 2012 the Defendants, Ambrose Recreation and Park District, Tarry Smith, Mae Cendana, Judy Dawson, Eva Garcia and Steve Hoagland filed a Motion to Dismiss (Federal Rules of Civil Procedure Rule 12(b)(6) and a hearing date was set for September 25, 2012. The parties are awaiting an Order from the Court and it is anticipated the Defendants will file a Motion to Dismiss if the Plaintiff decides to amend her Complaint in Federal Court.

WHEREAS, it has been stipulated by and between the parties through their respective counsel, to respectfully request a continuance of the CMC, with the Court's permission, so that the parties may receive a ruling on the Motion to Dismiss before providing a CMC Statement and before attending the CMC.

WHEREAS, the parties request the October 16, 2012 CMC be rescheduled to a date after December 16, 2012.

IT IS HEREBY STIPULATED:

Dated: October 2, 2012                MUSACCHIO & MONTANARI, P.C.

By: _____
R. Ernest Montanari, Esq.
Attorneys for Plaintiff, DEBRA MASON

Dated: October ___, 2012              ANGELO, KILDAY & KILDUFF

By:_____
Serena M. Sanders, Esq.
Attorneys for Defendants, AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND

1  WHEREAS, on August 10, 2012 the Defendants, Ambrose Recreation and Park District, Tarry Smith, Mae Cendana, Judy Dawson, Eva Garcia and Steve Hoagland filed a Motion to Dismiss (Federal Rules of Civil Procedure Rule 12(b)(6) and a hearing date was set for September 25, 2012. The parties are awaiting an Order from the Court and it is anticipated the Defendants will file a Motion to Dismiss if the Plaintiff decides to amend her Complaint in Federal Court.

WHEREAS, it has been stipulated by and between the parties through their respective counsel, to respectfully request a continuance of the CMC, with the Court's permission, so that the parties may receive a ruling on the Motion to Dismiss before providing a CMC Statement and before attending the CMC.

WHEREAS, the parties request the October 16, 2012 CMC be rescheduled to a date after December 16, 2012.

IT IS HEREBY STIPULATED:

Dated: October 2, 2012                                    MUSACCHIO & MONTANARI, P.C.

                                                          By:_____
                                                          R. Ernest Montanari, Esq.
                                                          Attorneys for Plaintiff, DEBRA MASON

Dated: October 2, 2012                                    ANGELO, KILDAY & KILDUFF

                                                          By: [signature]
                                                          Serena M. Sanders, Esq.
                                                          Attorneys for Defendants, AMBROSE
                                                          RECREATION AND PARK
                                                          DISTRICT, TARRY SMITH, MAE
                                                          CENDANA, JUDY DAWSON, EVA
                                                          GARCIA, STEVE HOAGLAND

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the CMC currently set for October 16, 2012 be continued to December 18, 2012, at 10:00 a.m. The joint case management statement shall be due no later than December 11, 2012.

Dated: October 9, 2012          By: /s/ Elizabeth D. Laporte
                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge